

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BANDT,<br><br>Defendant. | Case No. 8:95-CR-00010-FWS<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On January 17, 2023, Defendant Brandon Bandt made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 26, 2004. Deputy Federal Public Defender Gabriela Rivera was appointed to represent Defendant.

At Defendant's request, the detention hearing was continued to January 24, 2023, and a detention hearing was held on that date.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on the following: Defendant has been in state custody for the past 18 years and although he has strong family support from his mother and his brother, both of whom are willing sureties, if he were released pending the revocation proceedings in this matter, he would reside at a sober living facility in Fullerton, California, not with family. At this point, if Defendant were at this residential facility, the Court is concerned that Defendant would not appear for the further proceedings in this matter, particularly in light of his criminal record, as discussed below.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on Defendant's lengthy criminal record, which includes violent crimes and a felony conviction in 2018 for manufacture of a weapon while in prison.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 24, 2023

*Patricia Donahue*
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE